upon an order made June 23, 1893, which denied a motion for a new trial and ordered judgment in favor of defendant upon the nonsuit directed by the court on trial at Circuit.

*P. Chamberlain, Jr.,* for appellant.

*Theodore Bacon* for respondents.

Agree to affirm; no opinion.
All concur, except PECKHAM, J., dissenting.
Judgment affirmed.

---

MARY H. OAKLEY, Appellant, *v.* GEORGE W. OAKLEY et al.,
Respondents.

(Argued November 1, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 9, 1893, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term dismissing the complaint and denying a motion for a new trial.

*Reuben H. Underhill* for appellant.

*Hector M. Hitchings* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

BALDWIN's BANK of Penn Yan, Respondent, *v.* WILLIAM T.
MORRIS, Impleaded, etc., Appellant.

(Argued November 1, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 22, 1892, which affirmed an order of Special Term denying a motion by defendant for a new trial,

made upon the minutes of the court after a verdict in favor of plaintiff, and affirmed the judgment entered thereon.

*John Gillette* for appellant.

*M. A. Leary* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed. _____